# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SYLVESTER N. OTIJI, | |
| Plaintiff, | Civil Action No. 23-380 (JMC) |
| v. | |
| UNIVERSITY OF THE DISTRICT OF COLUMBIA - WDLL, | |
| Defendant. | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court deems the arguments made by Defendant in its Motion to Dismiss, ECF 5, conceded and **GRANTS** the Motion. The Complaint, ECF 1, and the case are **DISMISSED**.

This is a final, appealable order.

**SO ORDERED.**

DATE: July 12, 2023

_____
Jia M. Cobb
U.S. District Court Judge

1